OF

# Single Justices of the Supreme Court

OF THE

# HAWAIIAN ISLANDS,

## NOT APPEALED FROM.

———•———

## ESTATE OF KEALIIAHONUI.

IN PROBATE.  BEFORE ROBERTSON, J.

### NOVEMBER, 1866.

The Court declines to revoke the probate of a will, granted in 1855, upon a petition filed over eleven years later, alleging said will to be a forgery.

The same amount of proof should be demanded in support of such petition as would be required to convict the parties implicated upon a criminal prosecution for forgery.

Not being convinced beyond a reasonable doubt that the will is a forgery, the Court declines to revoke probate.

### DECISION OF ROBERTSON, J.

On the petition of Kapiolani, David Kalakaua, and others, for revocation of the probate granted by this Court on the 16th day of February, A.D., 1855, of the will of the late A. Kealiiahonui.

The burden of proving the alleged forgery and fraud rests entirely on the petitioners, and, in my opinion, before the Court could grant a decree revoking the judgment admitting the will to probate, the same amount of proof ought to be demanded in support of the petition, as would be required to warrant the conviction of any of the parties implicated, in case of a criminal prosecution for the alleged forgery or perjury.

Although the evidence presented on behalf of the petitioners is sufficient to raise a considerable amount of suspicion as to the genuineness of the instrument in question, yet, after a very thorough and deliberate examination of all the evidence, I cannot say that I am convinced beyond a reasonable doubt that the instrument, admitted to probate as the will of A. Kealiiahonui, is a forgery, and therefore I must refuse to grant a decree of revocation as prayed for.

*A. F. Judd & R. H. Stanley,* for petitioners.
*C. C. Harris & J. W. Austin,* for respondents.
Honolulu, November 30, 1866.